IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,  *
Plaintiff                  *
                           *
        v.                 *        CRIMINAL NO. 97-082(SEC)
                           *
SEALED,                    *
Defendant.                 *
                           *

## MOTION SUBMITTING SEALED PLEADINGS

TO THE HONORABLE COURT:

COMES NOW, the sealed defendant, represented by the undersigned "pro bono" counsel, and very respectfully states and prays as follows:

The accompanying envelope contains a pleading related to this case, which defendant requests be accepted by the Court for filing and appropriate disposition, and that it **remain under seal until further order by the Court**.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of November of 2006.

Epifanio Morales-Cruz
USDC-PR 123704
"Pro Bono" Counsel
P.O. Box 361293
San Juan, Puerto Rico 00936-1293
Tel. (787) 403-6007 // Fax (787) 759-8517
E-Mail: Epifanio_Morales@fd.org

<u>U.S.A. v. Sealed</u>
Criminal No. 97-082(SEC)
<u>Motion Submitting Sealed Pleadings</u>
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing motion has been hand delivered to the Office of the United States Attorney (Attention: Assistant U.S. Attorney Sonia I. Torres, Chief, Criminal Division), Torre Chardón, Suite 1201, 350 Carlos Chardón Avenue, Hato Rey, Puerto Rico 00918; and to the United States Probation Officer (Attn: Melissa Aponte, USPO), 4th Floor, Federico Degetau Federal Building, Hato Rey, Puerto Rico 00918.

*[signature]*
Epifanio Morales Cruz