# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | *<br>*<br>* |
| v | *　　CRIMINAL NO. 97-082(SEC) |
| | * |
| 10. FRANKIE PIETRI SEPULVEDA,<br>　　Defendant. | *<br>*<br>*<br>* |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　Enter the appearance of the undersigned as "pro bono" counsel for FRANKIE PIETRI SEPULVEDA.

## CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney for the District of Puerto Rico (Attn: Assistant U.S. Attorney Dina Avila Jimenez).

　　RESPECTFULLY SUBMITTED.

　　In San Juan, Puerto Rico, on the 3rd day of January of 2007.

s/ *Epifanio Morales Cruz*
Epifanio Morales Cruz
USDC-PR 123704
P.O. Box 361293
San Juan, Puerto Rico 00936-1293
Tel. (787) 403-6007  //  Fax (787) 759-8517
E-Mail: emcc487@yahoo.com