IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| **Plaintiff** | * | |
| | * | |
| vs. | * | Cr. No. 03:97-CR-082-10 (SEC) |
| | * | |
| **SEALED,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL

**TO THE HONORABLE COURT:**

    **COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER** of this Honorable Court, respectfully requesting that the contents of this envelope be sealed until further notice.

    In Hato Rey, P.R. this 11th day of January, 2007.

                                  Respectfully submitted,

                                  EUSTAQUIO BABILONIA, CHIEF
                                U.S. PROBATION OFFICER

                                *S/ Malissa Y. Aponte*

                                U.S. Probation Officer
                                Federal Office Building
                                150 Ave Carlos Chardón Rm 400
                                San Juan PR  00918-1741
                                787-294-1648
                                787-281-4940 (Fax)
                                Malissa_Aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 11 , 2007, the foregoing motion was filed with the Clerk of the Court who using the CM/ECF system will send notification of such filing to the following: Sonia I. Torres, Assistant U.S. Attorney and Epifanio Morales Cruz , Esquire.

At San Juan, Puerto Rico, Puerto Rico, this 11th day of   January, 2007.

*S/   Malissa Y. Aponte*

U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón Rm 400
San Juan PR  00918-1741
787-294-1648
787-281-4940 (Fax)
Malissa_Aponte@prp.uscourts.gov