UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

              v.              Cr. No. 3:97CR 82-10(SEC)

FRANKIE PIETRI-SEPULVEDA
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #3356 Motion Requesting Early Termination of Term of Supervised Release** | **GRANTED.** Accordingly, Defendant Frankie Pietri-Sepúlveda's term of supervised release is hereby **TERMINATED**. |

DATE: January 22nd, 2007

                                            S/ *Salvador E. Casellas*
                                            SALVADOR E. CASELLAS
                                            United States District Judge